COOLEY LLP
JOHN HEMANN (165823)
(jhemann@cooley.com)
ASHLEY KEMPER CORKERY (301380)
(acorkery@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
EVA SPITZEN (354081)
(espitzen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Plaintiff
EDWARD WESTERMAN

*Additional counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WESTERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FTI CONSULTING, INC. and FTI, LLC,<br><br>　　　　　Defendants. | Case No. 3:24-cv-04118-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Edward Westerman and Defendants

2   FTI Consulting, Inc. and FTI, LLC hereby stipulate and agree as follows:

3   WHEREAS, on January 21, 2025, the Court stayed the case and set a Case Management

4   Conference for July 23, 2025 (ECF No. 80);

5   WHEREAS, on June 3, 2025, the Court continued the Case Management Conference to

6   July 30, 2025 (ECF No. 105);

7   WHEREAS, on July 18, 2025, the parties participated in mediation to explore a potential

8   negotiated resolution of this action;

9   WHEREAS, the parties continue to engage in productive settlement discussions; and

10   WHEREAS, the parties believe that a brief continuance of the Case Management

11   Conference will allow them to focus their efforts on further mediation and settlement efforts and

12   avoid potentially unnecessary expenditures of party and judicial resources.

13   IT IS HEREBY STIPULATED AND AGREED by the parties that, subject to the Court's

14   approval, the Case Management Conference is continued to August 6, 2025.

15
16   Dated: July 22, 2025                         COOLEY LLP

17
18   By: */s/ Reece Trevor*
                Reece Trevor

19   Attorneys for Plaintiff
20   EDWARD WESTERMAN

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. 3:24-CV-04118-JCS

1    Dated: June 22, 2025                                   BERMAN FINK VAN HORN P.C.
                                                            CHAN PUNZALAN LLP
2

3
                                                     By: /s/ Benjamin I. Fink
4                                                        Benjamin I. Fink (*pro hac vice*)
                                                         Jeremy L. Kahn (*pro hac vice*)
5                                                        Cheralynn M. Gregoire (*pro hac vice*)
                                                         Rebecca Hagenson (*pro hac vice*)
6                                                        Alyssa G. Gill (*pro hac vice*)
                                                         Mark Punzalan
7                                                        A. Chowning Poppler
                                                         Margo A. Crawford
8

9                                                    Attorneys for Defendants
                                                     FTI CONSULTING, INC. and FTI, LLC
10

11

12                              **ATTESTATION**

13          Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

14   has been obtained from each of the other signatories.

15   Dated: July 22, 2025                      /s/ Reece Trevor
                                               Reece Trevor
16

17

18

19

20

21

22          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24   Dated: _____, 2025
                                              _____
25                                            HON. JOSEPH C. SPERO
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. 3:24-CV-04118-JCS